Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VAHE MESSERLIAN**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **THE TONER DOCTOR** and **DOES 1** through **10**, inclusive, and each of them, <br><br> Defendants. | Case No. 2:17-cv-02494-DSF-SK <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

///

///

Notice of Dismissal - 1

RESPECTFULLY SUBMITTED this 7th day of July, 2017.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 7th day of July, 2017, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 7th day of July, 2017, via the ECF system to:

Honorable Judge Dale S. Fischer
Honorable Magistrate Judge Steve Kim
United States District Court
Central District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 7th day of July, 2017

By: s/Todd M. Friedman
       Todd M. Friedman